**Order filed, September 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00348-CV

_____

**SUSAN MEEK, M.D., Appellant**

**V.**

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellee**

_____

## NO. 14-12-00463-CV

_____

**ROCKNE ONSTAD INDIVIDUALLY AND D/B/A THE ONSTAD LAW FIRM AND JOYCE STAMP LILLY INDIVIDUALLY AND D/B/A JOYCE STAMP LILLY, RN, JDPC, Appellant**

**V.**

**SUSAN MEEK, M.D., Appellee**

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-156522**

# ORDER

The reporter's record in this case was due **August 29, 2012**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Edward Meaux**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM